Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–21554–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jequrey R. Slaton Sr.
   790 Sterling Road
   West Deptford, NJ 08096

Social Security No.:
   xxx–xx–3233

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/20/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 20, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jequrey R. Slaton, Sr.
          Debtor

Case No. 16-21554-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 20, 2016
                      Form ID: 148     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
```
db           +Jequrey R. Slaton, Sr.,    790 Sterling Road,   West Deptford, NJ 08096-4015
r            +Daniel Mauz,   Keller Williams Realty,   381 Egg Harbor Rd.,    Suite 2,    Sewell, NJ 08080-1853
516233451    +Carmen Manago,    820 ENGARD AVENUE,    Pennsauken, NJ 08110-3439
516233452    +Fein, Such, Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516436438    +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
              Parsippany NJ 07054-5020
516233453     PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516233454    +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516243209    +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
              PO Box 10826,    Greenville, SC 29603-0826
516297719     US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516233455    +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2016 22:57:39      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2016 22:57:36      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516415535    +EDI: IRS.COM Oct 20 2016 22:33:00      Department of Treasury,    Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA 19101-7346
                                                                       TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516367625*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,    955 South Springfield Ave,
               Springfield, NJ 08071)
                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
```
              Denise E. Carlon   on behalf of Creditor   SHELLPOINT MORTGAGE SERVICING, as servicer for THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES S dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2004-3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph J. Rogers   on behalf of Debtor Jequrey R. Slaton, Sr. jjresq@comcast.net,
               jjresq1@comcast.net
              R. A. Lebron   on behalf of Creditor   SHELLPOINT MORTGAGE SERVICING, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS
               OF THE CWABS INC., ASSET-BACKED CERTIFICATES S bankruptcy@feinsuch.com
                                                                          TOTAL: 5
```